UNITED STATES DISTRICT COURT                                    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. **CV 21-8965-JFW(JEMx)** | | Date: April 6, 2022 |
| Title: Sara Sierra -v- United States of America, et al. | | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION

    In the Stipulation to Extend the Time of Defendant Garrett Shaw to Answer (Docket No. 36), Plaintiff Sara Sierra and Defendant Garrett Shaw "stipulate that the Court may remand this case to State Court."  Because this action was not removed from state court, but was originally filed in this Court, the Court cannot remand this action, but must dismiss it.  Accordingly, in light of the parties' stipulation to litigate this action in state court, the Court **DISMISSES** this action **without prejudice to re-filing** in the appropriate state court.

    IT IS SO ORDERED.